IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| NGTECH, LLC, | ) | |
| | ) | CASE NO. 13-24287 |
| | ) | |
| Debtor, | ) | JUDGE PAMELA S. HOLLIS |
| | ) | |

## FINAL REPORT AND ACCOUNT

Debtor NGTech, LLC by counsel Ottenheimer Law Group, LLC by Lester A. Ottenheimer, III and pursuant to this Courts Order of December 19, 2013 states as follows:

1. On December 19, 2013, this case was converted from Chapter 11 to Chapter 7.

2. As of the date hereof, there is currently the sum of $5,069.90 in the Debtor's bank account.

3. As of the date hereof, the following represent the unpaid bills of the Debtor since the date of conversion:

   a. Commonwealth Edison - $171.69

   b. Advanced Disposal - $97.59

   c. Vic's Landscaping - $$1,835.00

4. In addition thereto, see attached List of Accounts attached hereto as Exhibit "A".

Respectfully Submitted,
NGTech, LLC

By:     /s/ Lester A. Ottenheimer, III /s/

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400

1