IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| NGTECH, LLC, ) | |
| ) | CASE NO. 13-24287 |
| ) | |
| Debtor, ) | JUDGE PAMELA S. HOLLIS |
| ) | |

## NOTICE OF FILING

TO:   US Trustee
      Patrick S. Layng
      219 S. Dearborn Street
      Room 873
      Chicago, IL 60604

PLEASE TAKE NOTICE that, on the 21st day of January, 2014, there was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, the **DEBTOR'S FINAL REPORT AND ACCOUNT** a copy of which is attached.

NGTech, LLC

By**:**   /s/ Lester A. Ottenheimer, III
          Lester A. Ottenheimer III

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400

- 2 -

## CERTIFICATE AND AFFIDAVIT OF DELIVERY

  I, an attorney, state that a true copy of the attached pleading was electronically filed with the Clerk of the United States Bankruptcy Court and electronically transmitted to the Trustee and the Office of the Trustee before 5:45 p.m. this 21st day of January, 2014.

            /s/ Lester A. Ottenheimer, III/s/
            Lester A. Ottenheimer III