# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-24287 |
| | § | |
| NGTECH, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/30/2015, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2015        By: /s/ Horace Fox, Jr.
                                                                                 Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 13-24287 |
|---|---|---|
| | § | |
| NGTECH, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,018.46
*and approved disbursements of*     $2,018.46
*leaving a balance on hand of[1] :*     $0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | U S Small Business Administration | $538,453.83 | $538,453.83 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows: NONE

Total to be paid for chapter 7 administrative expenses:     $0.00
Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $325.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Office of the US Trustee | $325.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
                Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                               Case No. 13-24287-PSH
NGTech, LLC                                                          Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1      User: ahamilton          Page 1 of 2          Date Rcvd: Apr 08, 2015
                          Form ID: pdf006          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
db           +NGTech, LLC,    116 S. Arlington Heights Road,    Arlington Heights, IL 60005-1952
21117530     +Cook County Tax Assessor,    118 N. Clark Street,    Room 320,    Chicago, IL 60602-1531
20599344     +Donald Knorr,    116 S. Arlington Heights Road,    #201,    Arlington Heights, IL 60005-1948
20599347     +JP Morgan Chase,    c/o Thompson Coburn,    55 E. Monroe Street, 37th Floor,
               Chicago, IL 60603-6029
20599346     +Joseph R. Julius, LTD,    116 S. Arlington Heights Road,    #203,
               Arlington Heights, IL 60005-1948
20599348     +Namita Deo,    Next Generation Technology, Inc.,    632 E. P:ennsylvania,
               Arlington Heights, IL 60005-4281
20599350     +Next Generation Technology, Inc.,    116 S. Arlington Heights Road,    #301,
               Arlington Heights, IL 60005-1948
20828683     +Ronald Diamond,    116 S. Arlington Heights Road,    Arlington Heights, IL 60005-1952
20599351     +Small Business Administration,    c/o Colson Services Corp,    101 Barclay Street,
               New York, NY 10286-0001
20919285     +U S Small Business Administration,    c/o U S Department of Justice,    Attn: Joel Nathan,
               219 S Dearborn St., 5th Floor,    Chicago, IL 60604-2029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21117531      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Apr 09 2015 01:20:00      Cook County Treasurer,
               118 N. Clark St., Room 112,    Chicago, IL 60602-1590
21421251      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 09 2015 01:19:22      Office of the U.S. Trustee,
               219 South Dearborn St.    Room 873,    Chicago, IL 60604-2027
21421268      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 09 2015 01:19:22      Office of the US Trustee,
               219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20828686*    +Donald Knorr,    116 S. Arlington Heights Road,    #201,    Arlington Heights, IL 60005-1948
20828685*    +Joseph R. Julius, LTD,    116 S. Arlington Heights Road,    #203,
               Arlington Heights, IL 60005-1948
20599349*    +Namita Deo,    Next Generation Technology, Inc.,    632 E. P:ennsylvania,
               Arlington Heights, IL 60005-4281
20828684*    +Next Generation Technology, Inc.,    116 S. Arlington Heights Road,    #301,
               Arlington Heights, IL 60005-1948
21421269*    +Office of the US Trustee,    219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
20599352*    +Small Business Administration,    c/o Colson Services Corp,    101 Barclay Street,
               New York, NY 10286-0001
20599345    ##+Gregg Rzepczynski,    175 W. Jackson Blvd.,    Suite 2230,    Chicago, IL 60604-2614
                                                                                 TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
              Bruce E de'Medici     on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Lauren  Newman    on behalf of Creditor   JPMorgan Chase Bank, N.A. lnewman@thompsoncoburn.com,
               nrakunas@thompsoncoburn.com
              Lester A Ottenheimer, III    on behalf of Debtor   NGTech, LLC lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
```

```
District/off: 0752-1          User: ahamilton            Page 2 of 2              Date Rcvd: Apr 08, 2015
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Nicole K Fishkin    on behalf of Debtor    NGTech, LLC  nfishkin@otrlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                TOTAL: 7