**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-24287 |
| | § | |
| NGTECH, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $700,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $23.59 | | |

3) Total gross receipts of $2,018.46 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,994.87 (see **Exhibit 2**), yielded net receipts of $23.59 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,340,178.41 | $538,453.83 | $538,453.83 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $23.59 | $23.59 | $23.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $731,610.99 | $325.00 | $325.00 | $0.00 |
| **Total Disbursements** | $2,071,789.40 | $538,802.42 | $538,802.42 | $23.59 |

4). This case was originally filed under chapter 13 on 06/12/2013. The case was converted to one under Chapter 7 on 12/19/2013. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2015     By:   /s/ Horace Fox, Jr.
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking account at Chase-Listed as Citi account actually at Chase according to bank. | 1129-000 | $2,018.46 |
| **TOTAL GROSS RECEIPTS** | | **$2,018.46** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JP Morgan Chase Bank, N.A. | Funds to Third Parties | 8500-002 | $1,994.87 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,994.87** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U S Small Business Administration | 4110-000 | $834,000.00 | $538,453.83 | $538,453.83 | $0.00 |
| | Small Business Administration | 4110-000 | $506,178.41 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,340,178.41** | **$538,453.83** | **$538,453.83** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Green Bank | 2600-000 | NA | $23.59 | $23.59 | $23.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$23.59** | **$23.59** | **$23.59** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Office of the US Trustee | 7100-000 | $0.00 | $325.00 | $325.00 | $0.00 |
|  | Gregg Rzepczynski | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Namita Deo | 7100-000 | $224,432.58 | $0.00 | $0.00 | $0.00 |
|  | Small Business Administration | 7100-000 | $506,178.41 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$731,610.99** | **$325.00** | **$325.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 13-24287 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | NGTECH, LLC | | Date Filed (f) or Converted (c): | 12/19/2013 (c) |
| For the Period Ending: | 3/6/2015 | | §341(a) Meeting Date: | 02/19/2014 |
| | | | Claims Bar Date: | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   116 S. Arlington Heights Road, Arlington Heights, Illinois 60005 | $700,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Bank wants us to sell this property. SBA has a lien and so do insiders the Deo's. Bank failed to pay for force placed insurance, I abandoned all interest in r/e. | | | | | |
| 2   Checking account at Chase-Listed as Citi account actually at Chase according to bank. | $11,641.00 | $11,641.00 | OA | $2,018.46 | FA |
| **Asset Notes:** LLC manager says that the balance is 5,000.00. I have sent demand letter. Demand letters originally sent to Citi and no response.  Case initially filed as chapter 11. The difference between amount scheduled and funds received by estate were spent when the case was a chapter 11 and when it was a 7, by the building manager to keep utilities on, with consent of the Bank, JP Morgan Chase, which advanced the funds as cash collateral. | | | | | |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**

               $711,641.00          $11,641.00               $2,018.46          $0.00

**Major Activities affecting case closing:**

01/14/2015   Order entered to abandon...cash collateral and check written to JP Morgan and sent to Lauren Newman, its attorney, await zero balance and file final report.
Order entered to abandon...cash collateral and check written to JP Morgan and sent to Lauren Newman, its attorney, await zero balance and file final report.
01/13/2015   Motion to abandon granted, write check to Lauren Newman, close case with no asset notice.
Motion to abandon granted, write check to Lauren Newman, close case with no asset notice.
12/24/2014   Motion to abandon filed 12.23.14.
Motion to abandon filed 12.23.14.
12/08/2014   Abandon 2,000 plus as bank's cash collateral.
Abandon 2,000 plus as bank's cash collateral.
09/08/2014   SBA filed large secured claim (r/e abandoned). Second claim is admin claim by UST from time case was an 11. 9.11.84
SBA filed large secured claim (r/e abandoned). Second claim is admin claim by UST from time case was an 11. 9.11.84
07/28/2014   Seek to abandon 2,000.00 received as it was cash collateral, claimed by the Bank. 7.25.14
Seek to abandon 2,000.00 received as it was cash collateral, claimed by the Bank. 7.25.14
05/07/2014   Sent fax to Dunton Chase location for Chase 8n Arlington Heights, xxxxx8628, since I have abandoned the real estate. The bank account funds are assets of the bk estate and should not be handed over to the former manager of the property, Mr. Deo, absent court order. 5.7.14
Sent fax to Dunton Chase location for Chase 8n Arlington Heights, xxxxx8628, since I have abandoned the real estate. The bank account funds are assets of the bk estate and should not be handed over to the former manager of the property, Mr. Deo, absent court order. 5.7.14

Case 13-24287    Doc 121    Filed 04/22/15    Entered 04/22/15 14:48:17    Desc Main
Document    Page 6 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 13-24287 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NGTECH, LLC | | | Date Filed (f) or Converted (c): | 12/19/2013 (c) |
| For the Period Ending: | 3/6/2015 | | | §341(a) Meeting Date: | 02/19/2014 |
| | | | | Claims Bar Date: | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/13/2014    Proposed buyer raised his offer from 300k to 400k, which the bank rejected.  Mr. Rabin, the bank's attorney (also Laura Newman) said the 400k offer was 50-75k too low.  He asked us to ask Vellus to make his best offer.  Bruce will communicate that to Vellus this pm (3.13.14)

We informed the bank 6 days ago when we learned on a site visit (de 'Medici) that there was no insurance and informed (Newman) then.  We informed the bank to provide proof of insurance then.  On 3.12.14 Rabin sent an e-mail asking us to purchase forced place insurance out of the 5,000 account that we do not yet have control of. The bank also expects me to keep the common elements clean, keep parking lot free of snow and keep utilities paid, in addition to keeping common elements clean.  The bank is being disingenuous.  The really do not want us to sell the building by making such requests and not providing resources.  The bank's actions say it is putting road blocks ( see above) to sale.

The former broker (don Dymond, listing agreement expired) said the top of the market in good times is $500k and these are not good times the bottom is 350k because the building is three stories with no elevator and in need of a facelift.  He has had no offers in 1.5 years though on offer of 300k offer went directly to the bank and was rejected.

Jason Yale our broker (no contract) agrees with the above assessment.  His inspection showed a tired, C building without an elevator, with possible leak on top floor (stained tiles) with ony 4 of 10 tenants occupying.  The parking lot needs repaving and the hallways/common elements are cold.  He views it as a teardown and thinks the bank was foolish for turning down the $400k  offer that came with out a brokers commission attached to it.  Unless we get funds to maintain the building, file motion to abandon.  Further a newer building in better shape, 123 S Arlington Heights Road, 2 story, sold $448,000, on 4.23.13 and was on market 74 days.  3.13.14

Motion  abandon in court 3.25.14, granted.

Demand letter to bank for checking court balance.

Proposed buyer raised his offer from 300k to 400k, which the bank rejected.  Mr. Rabin, the bank's attorney (also Laura Newman) said the 400k offer was 50-75k too low.  He asked us to ask Vellus to make his best offer.  Bruce will communicate that to Vellus this pm (3.13.14)

We informed the bank 6 days ago when we learned on a site visit (de 'Medici) that there was no insurance and informed (Newman) then.  We informed the bank to provide proof of insurance then.  On 3.12.14 Rabin sent an e-mail asking us to purchase forced place insurance out of the 5,000 account that we do not yet have control of. The bank also expects me to keep the common elements clean, keep parking lot free of snow and keep utilities paid, in addition to keeping common elements clean.  The bank is being disingenuous.  The really do not want us to sell the building by making such requests and not providing resources.  The bank's actions say it is putting road blocks ( see above) to sale.

The former broker (don Dymond, listing agreement expired) said the top of the market in good times is $500k and these are not good times the bottom is 350k because the building is three stories with no elevator and in need of a facelift.  He has had no offers in 1.5 years though on offer of 300k offer went directly to the bank and was rejected.

Jason Yale our broker (no contract) agrees with the above assessment.  His inspection showed a tired, C building without an elevator, with possible leak on top floor (stained tiles) with ony 4 of 10 tenants occupying.  The parking lot needs repaving and the hallways/common elements are cold.  He views it as a teardown and thinks the bank was foolish for turning down the $400k  offer that came with out a brokers commission attached to it.  Unless we get funds to maintain the building, file motion to abandon.  Further a newer building in better shape,

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 13-24287 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | NGTECH, LLC | Date Filed (f) or Converted (c): | 12/19/2013 (c) |
| For the Period Ending: | 3/6/2015 | §341(a) Meeting Date: | 02/19/2014 |
| | | Claims Bar Date: | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

123 S Arlington Heights Road, 2 story, sold $448,000, on 4.23.13 and was on market 74 days.  3.13.14

Motion  abandon in court 3.25.14, granted.

Demand letter to bank for checking court balance.

03/05/2014    Got a call from tenant , Joe Julius, 7-394-9200, josephjulius@msnc.com that there is no heat at 1:14.  I e-mailed Mr. de 'Medici and suggested he contact bank attorney Lauren Newman to deal with this issue.  I called the tenant back (Joe Julius) and was told the heat was working.  I e-mailed Lalit Deo 9llc MGR.) to bring check book and books and records to my office 10:00 am Friday since said he would not perform his normal functions of keeping the heat on and preserving the property for sale.  He will  send checkbook and books and records by fedex.

Learned 3.8.14, there is no insurance on building.  Mr.. de 'Medici who inspected the building that day, left a voice mail and  e-mail for bank attorney, Laura Newman.    He retrieved the checkbook.  I advised Mr. de'Medici to file a motion to abandon the property due to lack of insurance and the taxes having been purchased by tax buyer. 3.10.14

Filed motion to abandon 3.15.14, set 3.25.14.

Got a call from tenant , Joe Julius, 7-394-9200, josephjulius@msnc.com that there is no heat at 1:14.  I e-mailed Mr. de 'Medici and suggested he contact bank attorney Lauren Newman to deal with this issue.  I called the tenant back (Joe Julius) and was told the heat was working.  I e-mailed Lalit Deo 9llc MGR.) to bring check book and books and records to my office 10:00 am Friday since said he would not perform his normal functions of keeping the heat on and preserving the property for sale.  He will  send checkbook and books and records by fedex.

Learned 3.8.14, there is no insurance on building.  Mr.. de 'Medici who inspected the building that day, left a voice mail and  e-mail for bank attorney, Laura Newman.    He retrieved the checkbook.  I advised Mr. de'Medici to file a motion to abandon the property due to lack of insurance and the taxes having been purchased by tax buyer. 3.10.14

Filed motion to abandon 3.15.14, set 3.25.14.

| Initial Projected Date Of Final Report (TFR): | 02/18/2015 | Current Projected Date Of Final Report (TFR): | /s/ HORACE FOX, JR. |
|---|---|---|---|
| | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-24287 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | NGTECH, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6871 | | | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/12/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2014 | (2) | JP Morgan Chase Bank, N.A. | Bank account liquidation listed on schedule B as Citi the correct bank is Chase. | 1129-000 | $2,018.46 | | $2,018.46 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.36 | $2,017.10 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.04 | $2,014.06 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,010.81 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.34 | $2,007.47 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $2,004.44 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.44 | $2,001.00 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $1,998.09 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,994.87 |
| 01/14/2015 | 5001 | JP Morgan Chase Bank, N.A. | Order dated 1/13/15 Doc # 117 ORDER AUTHORIZING TRUSTEE TO ABANDON ANY INTEREST OF THE ESTATE IN RENTS. $ DISBURSED TO BANK CASH COLLATERAL WHEN THE CASE WAS A CHAPTER 11. | 8500-002 | | $1,994.87 | $0.00 |

**SUBTOTALS** $2,018.46  $2,018.46

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 13-24287 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | NGTECH, LLC | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6871 | | | **Checking Acct #:** | ******8701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 6/12/2013 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/6/2015 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $2,018.46 | $2,018.46 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $2,018.46 | $2,018.46 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $2,018.46 | $2,018.46 | |

**For the period of 6/12/2013 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,018.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,018.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.59 |
| Total Non-Compensable Disbursements: | $1,994.87 |
| Total Comp/Non Comp Disbursements: | $2,018.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/19/2014 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,018.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,018.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.59 |
| Total Non-Compensable Disbursements: | $1,994.87 |
| Total Comp/Non Comp Disbursements: | $2,018.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-24287 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | NGTECH, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6871 | | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/12/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,018.46 | $2,018.46 | $0.00 |

For the period of 6/12/2013 to 3/6/2015

| Total Compensable Receipts: | $2,018.46 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,018.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.59 |
| Total Non-Compensable Disbursements: | $1,994.87 |
| Total Comp/Non Comp Disbursements: | $2,018.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 12/19/2013 to 3/6/2015

| Total Compensable Receipts: | $2,018.46 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,018.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.59 |
| Total Non-Compensable Disbursements: | $1,994.87 |
| Total Comp/Non Comp Disbursements: | $2,018.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.