UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NGTech, LLC, | ) | Case No. 13 B 24287 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Pamela S. Hollis |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE** previously filed on April 22, 2015 **(Document #121)** is withdrawn.   It is withdrawn because the document was filed in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

**CERTIFICATE OF SERVICE**

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on April 22, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on April 22, 2015.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Lauren Newman
lnewman@thompsoncoburn.com

Nicole K. Fishkin
lottenheimer@olawgroup.com

Lester Ottenheimer, III
lottenheimer@olawgroup.com

Horace Fox,
foxhorace@aol.com

Bruce E De'Medici
bdemedici@gmail.com

**Parties Served via First Class Mail:**

**NGTech, LLC.**
116 South Arlington Heights Road
Arlington Heights, IL   60005